IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br><br> Respondent. | Case No. 24-1074 |

**STATEMENT OF INTENT TO UTILIZE**
**<u>DEFERRED JOINT APPENDIX</u>**

Pursuant to the Court's April 2, 2024 Order, Federal Rule of Appellate Procedure 30(c), and Circuit Rule 30(c), counsel for Petitioner Pacific Gas and Electric Company states that they have conferred with counsel for Respondent Federal Energy Regulatory Commission and represents that the parties have agreed to utilize a deferred joint appendix in this case.

|  |  |
|---|---|
| May 2, 2024 | Respectfully submitted, |

    */s/ Suedeen G. Kelly*
Suedeen G. Kelly
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6055
skelly@jenner.com

Charles Middlekauff
Pacific Gas and Electric Company
P.O. Box 1018
Oakland, CA 94604-1018
(650) 766-9147
charles.middlekauff@pge.com

*Counsel for Petitioner*
*Pacific Gas and Electric Company*

## **CERTIFICATE OF SERVICE**

I certify that on May 2, 2024, I caused the foregoing STATEMENT OF INTENT TO USE JOINT DEFERRED APPENDIX to be served by and through the Court's CM/ECF system.

/s/ *Suedeen G. Kelly*
Suedeen G. Kelly